**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA R. DIAZ, | ) Case No.: 5:20-cv-02560-SHK |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    April 14, 2022

_____
THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Lawrence D. Rohlfing*
_____
  Lawrence D. Rohlfing
  Attorney for plaintiff Regina R. Diaz